# EXHIBIT A









# EXHIBIT B













# EXHIBIT C







































# EXHIBIT D







































# EXHIBIT E





# EXHIBIT F















# EXHIBIT G



























# EXHIBIT H





# EXHIBIT I



# EXHIBIT J

